IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
September 24, 2024

| | |
|---|---|
| KEELEY TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:23-cv-00114-TWP-KMB |
| | ) |
| EMPLOYBRIDGE, INC. | ) |
| d/b/a PROLOGISTIX, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

\*\*\* \*\*\* \*\*\*

Pursuant to Fed. R. Civ. P. 41, Plaintiff, Keeley Taylor, and Defendants, Employbridge, Inc. d/b/a Prologistix, Employbridge Midwest 1, Inc. d/b/a Prologistix, Employbridge Midwest 2, Inc. d/b/a Prologistix, and Kenco Logistics Services, LLC (collectively "Defendants"), by counsel, hereby stipulate to the dismissal of this action and all claims asserted by Plaintiff therein, with prejudice. Each party is to bear her or its own attorneys' fees and costs.

**HAVE SEEN AND AGREED:**

*/s/ Laura E. Landenwich (w/ permission)*
Laura E. Landenwich, #27709-22
Candace L. Curtis
ADAMS LANDENWICH LAY, PLLC
517 West Ormsby Avenue
Louisville, Kentucky 40203
Phone: (502) 561-0085
E-mail: laura@justiceky.com
candace@justiceky.com

COUNSEL FOR PLAINTIFF

*/s/ Emily N. Litzinger*
Emily N. Litzinger
Erin M. Shaughnessy
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Phone: (502) 561-3978
Fax: (502) 561-3978
E-mail: elitzinger@fisherphillips.com
eshaughnessy@fisherphillips.com

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that on September 23, 2024, I electronically filed the foregoing ***Joint Stipulation of Dismissal*** with the Clerk of Court using the CM/ECF system, which served the foregoing to the following counsel of record:

>Laura E. Landenwich, #27709-22
>Candace L. Curtis
>ADAMS LANDENWICH LAY, PLLC
>517 West Ormsby Avenue
>Louisville, Kentucky 40203
>Phone: (502) 561-0085
>E-mail: laura@justiceky.com
>          candace@justiceky.com
>
>COUNSEL FOR PLAINTIFF

                */s/ Emily N. Litzinger*
                COUNSEL FOR DEFENDANTS